Tiffany R. Caterina (SBN 280159)
tcaterina@fkks.com
Vishwanath Kootala Mohan (SBN 313759)
vmohan@fkks.com
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

*Attorneys for Plaintiff JILLIAN MAYER*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JILLIAN MAYER, an individual,

Plaintiff,

vs.

LIT MEDIA GROUP, LLC, a California limited liability company; ANTHONY RENE VILLALOBOS, an individual; and DOES 1-10,

Defendants.

Case No.: 2:19-cv-07674

**COMPLAINT FOR DECLARATORY RELIEF OF VALIDITY OF DMCA TAKEDOWN NOTICES**

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Plaintiff Jillian Mayer, by and through her attorneys of record—Frankfurt Kurnit Klein & Selz, P.C.—complains against Defendant Anthony Rene Villalobos ("Rene") and Lit Media Group, LLC ("Lit Media") (collectively, "Defendants") as follows:

**NATURE OF THE ACTION**

1. This is a civil action seeking declaratory judgment, pursuant to 28 U.S.C. § 2201(a).

2. This case arises from Defendants' improper assertion that Defendants' may reproduce Plaintiff's original media content on Defendants' Instagram account, dailyhumor_4u, on which they post "memes" (the "Meme Account")[1] without Plaintiff's authorization.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 2201(a) because this action seeks a declaratory judgment of validity of Plaintiff's DMCA takedown notices.

4. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) in that the claim arises in this Judicial District, Defendants may be found and transact business in this Judicial District, and a substantial part of the events giving rise to this civil action occurred in this Judicial District. Further, Defendants are subject to the general and specific personal jurisdiction of this Court because of their residence in and contacts with the State of California.

**PARTIES**

5. Plaintiff is an individual residing in El Portal, Florida.

6. Plaintiff is informed and believes that Defendant Lit Media is a

[1] Memes are generally funny media content such as captioned videos and photos. *See Meme Definition*, Merriam-Webster, https://www.merriam-webster.com/dictionary/memes?utm_campaign=sd&utm_medium=serp&utm_source=jsonld ("an amusing or interesting item (such as a captioned picture or video) or genre of items that is spread widely online especially through social media[.]") (last visited Sep. 02, 2019).

California limited liability company with a principal place of business at 340 S. Lemon Ave., #4220, Walnut, California 91789.

7. Plaintiff is informed and believes that Defendant Rene is an individual residing in Los Angeles, California. Plaintiff is informed and believes that Defendant Rene is the sole owner/principal of Defendant Lit Media Group, LLC and operates the Instagram Accounts, dailyhumor_4u and thefuck.tv.

8. Plaintiff is informed and believes that Defendants are the alter egos of each other there is an identity and unity of interests between Defendant Lit Media and its owner/principal, Defendant Rene, such that any separateness between them has ceased to exist and that adhering to the "fiction" of separate existence of Defendant Lit Media and its sole owner/principal, Defendant Rene, would, under the particular circumstances, promote injustice. Plaintiff is informed and believes that Defendant Rene is the sole owner, member, and decision-maker of Defendant Lit Media and exercises complete dominion over the management and operation of Lit Media and the Meme Account. Further, Plaintiff is informed and believes that Defendant Rene is the only decision maker regarding what media content is curated, created, edited, posted, and published on Defendant Lit Media's Instagram accounts. Plaintiff is informed and believes that Defendant Rene himself creates and publishes the media content on Defendant Lit Media's Instagram accounts. Further, Plaintiff is informed and believes that Defendant Rene has treated assets of Defendant Lit Media as his own, has wrongfully diverted assets of Lit Media to himself, and has comingled his own personal funds with those of Defendant Lit Media.

9. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

believes and, upon such, alleges that each Defendants designated herein as a "DOE" are legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

**STATEMENT OF FACTS**

*Plaintiff and the Copyrighted Work*

10. Plaintiff is a modern-day creator, director, distributor, and publisher of media content through photos, paintings, sculptures, animation, graphics, photos, and videos. Plaintiff distributes, publishes, and makes her media content available through, *inter alia*, her website (*see* https://www.jillianmayer.net/) and YouTube channel (*see* https://www.youtube.com/user/JillianMayer). On YouTube alone, Plaintiff's videos have over 5.5 million views.

11. Plaintiff created, and published to her YouTube channel, a series of original short videos, including the *I Am Your Grandma* video (the "Grandma Video").

*Defendants and the Marketplace*

12. Defendant's Instagram accounts—the Meme Account and thefuck.tv—have over 5 million and 2 million followers, respectively. Defendants also boast that the Meme Account receives over 70,000 new followers weekly and that thefuck.tv receives 10,000 new followers daily. True and correct screenshots of Defendants' website (taken on September 01, 2019), dailyhumor_4u's webpage (taken on December 31, 2018), and thefuck.tv's webpage (taken on September 01, 2019) are attached hereto as Exhibit A.

13. Plaintiff is informed and believes that Defendants make money through advertisements and sponsorship deals based on the engagement rate (number of "likes" and comments) and the number of followers of the Meme

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

Account.[2]

## *Defendants' Unauthorized Use*

14. Defendants, as illustrated below, reproduced, distributed, and publicly displayed the Grandma Video, and derivatives thereof, at least on Defendants' Instagram account—dailyhumor_4u on at least April 3, 2017, April 10, 2017, August 26, 2017, December 7, 2017, December 23, 2017, and September 2, 2018.



| **Plaintiff's Copyrighted Work** | **Defendants' Unauthorized Use** |
|---|---|



2 Defendants' number of followers puts them in the echelon of Instagram influencers who command the highest rates for advertising and sponsorship deals. *See The Influencers That Brands Work With Most Frequently*, Morning Consult, https://morningconsult.com/wp-content/uploads/2019/05/190528_Influencers_fullwidth.png;https://morningconsult.com/wp-content/uploads/2019/05/190528_Influencers2_sidebar.png (last visited Sep. 02, 2019).


Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600


0:33 / 1:02
I Am Your Grandma
4,285,688 views
49K
4.2K
SHARE
SAVE


when you touch bits of wet food while washing dishes
dailyhumor_4u • Following
View all 48 comments
samcharlesss This is me every time I do the dishes @morganshoults @elkohl
datguybillz @mima018
gomez245 So me
jesslage @stephlage lmao me when you don't scrape your plate
xtina715_ Lol @g.serina
kayleeh2004 OMG SO TRUE!!!!!!
mharlow63 Dad said that is one big ass baby!!! Lol @autumns87
mharlow63 This reminds me of u and Joseph over the food in the water!!! Lol
old.account__35 Me for realz
29,658 views
APRIL 10, 2017
Add a comment...


0:33 / 1:02
I Am Your Grandma
4,285,688 views
49K
4.2K
SHARE
SAVE


Ever Think About Something Embarrassing You Did Like 5 Yrs Ago
Ig: @hoodclips
dailyhumor_4u • Following
dailyhumor_4u lmao
DM to a friend for a shoutout!
follow our Snapchat "officer"
Follow @queen for a Follow Back
Load more comments
a.musaa @nalyacm
graciegibson_7 5 hrs ago ;(. @nicole_kaylee17
skylarducar @alyssabrachman
adrian_shoots Yea that's disturbing AF
hannahmsisson @taylorgraham27 @libbybrumfield
joseph.delgado4 This thing is fucking autistic
89,477 views
AUGUST 26, 2017
Add a comment...

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600

| | |
|---|---|
|  |  |
|  |  |

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600







15. The Grandma Video—a one-minute long video—is one of Plaintiff's most popular media content garnering over 4 million views on YouTube alone.

16. Plaintiff owns the copyright to the Grandma Video.

17. On January 25, 2019, upon discovery of Defendants' unathorized use, in Defendant's posts, of the Grandma Video, Plaintiff, through her representative, sent takedown notices under the DMCA per Instagram's policies[3] regarding Defendants' Instagram account, dailyhumor_4u.

18. Plaintiff is informed and believes that based upon the repetitive and numerous nature of Defendants' unauthorized use of the Grandma Video, Instagram shut down Defendants' Instagram account—dailyhumor_4u—itself on or around March 07, 2019.

19. On August 20, 2019, Defendants sent DMCA counter-notifications, attempting to restore Defendants' Instagram account, dailyhumor_4u, contending that Plaintiff's takedown notice mistook or misidentified Defendants' posts as being unauthorized uses of Plaintiff's copyrighted work.

---

[3] *See How do I report copyright infringement on Instagram*, Instagram, https://help.instagram.com/126382350847838?helpref=page_content (last visited Sep. 02, 2019).

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060N
Los Angeles, California 90067
P (310) 579 9600

**CLAIM FOR RELIEF**

*Declaratory Relief*

20. Plaintiff incorporates herein by reference the allegations in paragraphs 1 through 19 above.

21. An actual and justiciable controversy exists between Plaintiff and Defendants. Plaintiff contents its DMCA takedown notices were valid and appropriately identified the Meme Account and its posts as being unathorized use of Plaintiff's copyrighted work.

22. Defendants contend that Plaintiff's takedown notice mistook or misidentified Defendants' posts as being unauthorized uses of Plaintiff's copyrighted work.

23. Plaintiff seeks a declaration of her rights, pursuant to 28 U.S.C. § 2201, that Plaintiff's DMCA takedown notices were valid and that they correctly identified Defendants' Instagram account, dailyhumor_4u, and its posts as being unauthorized uses of the Grandma Video.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that this Court, pursuant to 28 U.S.C. § 2201, enter judgment in favor of Plaintiff and against Defendants as follows:

1. A declaration that Plaintiff's DMCA takedown notices were valid and that they correctly identified Defendants' Instagram account, dailyhumor_4u, and its posts as being unauthorized uses of the Grandma Video.

2. An injunction prohibiting Defendants from relaunching their Instagram account, dailyhumor_4u.

3. Such other and further relief as the Court may deem just and appropriate.

DATED: September 4, 2019

Respectfully submitted,

**FRANKFURT KURNIT KLEIN + SELZ PC**

By: *_/s/ Vishwanath Kootala Mohan_*
Tiffany R. Caterina
Vishwanath Kootala Mohan

Attorneys for Plaintiff
*JILLIAN MAYER*

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 1060 N
Los Angeles, California 90067
P (310) 579 9600