# EXHIBIT A

MENU

# Accounts

## Dailyhumor_4u

4.4M Followers
- +70K Followers Weekly
- 200 Million Weekly impressions
- 74% USA Audience

 ADVERTISE ON DAILYHUMOR!

MENU



# Thefuck.tv

1.3M+ Total Followers | 10k Daily New Followers
- 50 Million Weekly impressions
- 75% USA Audience

＋ ADVERTISE ON THEFUCK.TV!

MENU



Any questions? Don't hesitate to contact us!

Send us a message and one of our team members will try to get back to you as quick as possible.

CONTACT US

© 2018. Lit Media Group.

All Rights Reserved.





7:56

# thefuck.tv

| 2,629 | 2.1M | 140 |
|---|---|---|
| Posts | Followers | Following |

**The Fuck . . .**
🤯 Videos that make you go WTF
🚫 FOLLOW @CEO TO BE ACCEPTED 🚫

Submit your video 👇
bit.ly/videosubmit
Followed by **insta.single**, **alicedoodledoo318** and **8 others**

Follow | Message

FASHIONNOVA
Fashion Nova

🎥 SUBMIT

me: i'm gonna give the person i like some space today
also me:

when ur friends are tryin to hang out on one of your down days

@absents
idk how some of y'all sleep until like 2 in the afternoon lmao, like get up and do something

Nik
@stfulol
Bitch I'm depressed

Me in any aquarium trying to make personal connections with the fish

papaya peach pineapple banana spring water maca powder and raw honey post workout smoothie

Markus Gilliland
@markusanthony17

How texting me is really like :

Today 11:48 PM
I fell asleep
Hi
Awwww
Sorry i fell asleep again lmao
Delivered









### dailyhumor_4u

23,860 posts     5.3m followers     179 following

**Dailyhumor**
Your Daily Dose of Humor
🚫 FOLLOW @CEO TO BE ACCEPTED 🚫
No Copyright Intended (DM to Remove)
_____

👇 Submit Your Videos
**dailyhumor.co**

Followed by streetvines, schoolfeeling, epicfunnypage + 27 more

**This Account is Private**

Follow to see their photos and videos.